1
2
3
4
5
6   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8   UNITED STATES OF AMERICA,          NO. MJ12-683

                    Plaintiff,

        v.
                                       DETENTION ORDER
    LAMANZA PRAYER,

                    Defendant.

Offense charged:

   Count 1:   Distribution of Child Pornography, in violation of 18 U.S.C. §§
              2252(a)(2) an 2252(b)(1)

   Count 2:   Possession of Child Pornography, in violation of 18 U.S.C. §§
              2252(a)(4)(B) and 2252(b)(2)

Date of Detention Hearing: December 20, 2012

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   1.   Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of December, 2012.

DEAN BRETT
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2